# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143010

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

HAROLD STERN, as Conservator for
MAXWELL K. UNGER and TYLER
B. UNGER,
        Plaintiff-Appellant,

v

STEVEN MARJIEH,
        Defendant-Appellee.
_____/

SC: 143010
COA: 295487
Oakland CC: 2009-102749-CH

On order of the Court, the application for leave to appeal the March 29, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

h0919